

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00575-CV

Jesse B. **SCOTT** and Paula Scott,
Appellants

v.

Alexander R. **BABB**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 10-96-A
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and judgment is RENDERED that Appellee Alexander R. Babb take nothing in his suit against Appellants Jesse B. Scott and Paula Scott. Costs of this appeal are taxed against Appellee Alexander R. Babb.

SIGNED October 30, 2013.

_____
Patricia O. Alvarez, Justice